**WO**

# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: **06-3117M** |
| Plaintiff, | |
| -vs- | **ORDER** |
| JESUS ACOSTA BARRAZA | |
| Defendant. | |

Upon motion of defendant Jesus Acosta Barraza, and good cause shown,

**IT IS HEREBY ORDERED,**

1. Substituting Bernardo M. Garcia for Brandon Cotto for all further proceedings in this matter; and
2. Allowing Brandon Cotto to withdraw as counsel of record in the above referenced matter.

DATED this 13th day of April, 2006.

_____
David K. Duncan
United States Magistrate Judge